STATE of Missouri, Respondent,

v.

Richard WERNER, Appellant.

No. ED 88079.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 13, 2007.

William Goldstein, Eli Karsh, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jaime Wilson Corman, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

## ORDER

PER CURIAM.

Richard Werner appeals his conviction on one count of forgery. This Court finds no abuse of discretion. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 30.25(b).